DEC - 8 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC.,
a Florida not-for-profit corporation,
and FELIX ESPOSITO, individually,

      Plaintiff,

CIVIL ACTION NO.: 04-12238-JLT-RBC

v.

GSH LODGING, LLC.
a Delaware limited liability company,

      Defendant.
_____/

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____    _____
Felix Esposito                                              a/a Oliver Wragg, Esq. (BBO #643152)
                                                                       Of Counsel
                                                                       Fuller, Fuller & Associates, P.A.
                                                                       12000 Biscayne Blvd., Suite 609
                                                                       North Miami, FL 33181
                                                                       (305) 689-0800

OOW:jl (jyl@fullerfuller.com)
3635-MA SR (jl 11-22-04).wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this __20__ day of December, 2004, to:

David S. Rosenthal, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1000

Patrick C. Summers, Esq.
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
Minneapolis, MN 55402

                      The Plaintiff by his Attorney:
                      **FULLER, FULLER & ASSOCIATES, P.A.**
                      12000 Biscayne Blvd., Suite 609
                      North Miami FL 33181
                      Tel.: (305)891-5199; Fax: (305)893-9505
                      FFA@fullerfuller.com
                      By: _____
                      Oliver Wragg, Esq. (BBO #643152)
                      Of Counsel
                      Counsel for Plaintiff

OOW/mm

3561/SR