IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC.,
a Florida not-for-profit corporation,
and FELIX ESPOSITO, individually,

        CIVIL ACTION NO.: 04-12238-JLT-RBC

    Plaintiff,

v.

GSH LODGING, LLC.
a Delaware limited liability company,

    Defendant.
_____/

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

    (a)    With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    (b)    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L/R. 16.4.

Respectfully submitted,

_____
Peter DiPalma, President
Access 4 All, Inc.

_____
Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 689-0800

OOW:bl
3635-MA 16.1 certificates-DiPalma.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>          Plaintiffs,<br><br>v.<br><br>GSH LODGING, LLC, a Delaware Limited Liability Company,<br><br>          Defendant. | Case Number:1:04-12238-JLT-RBC |

## PLAINTIFF'S CERTIFICATION

Felix Esposito, and the undersigned counsel for said Plaintiff hereby certify that they have conferred with a view to establishing a budget for the cost of conducting the full course - and various alternate courses - for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: _____

_____
Felix Esposito, Plaintiff

_____
O. Oliver Wragg, Esquire
*of Counsel*
Fuller, Fuller and Associates. P.A.

