# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., A FLORIDA NOT FOR PROFIT CORPORATION AND FELIX ESPOSITO, INDIVIDUALLY,<br><br>PLAINTIFFS,<br><br>V.<br><br>GSH LODGING, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>DEFENDANT. | CIVIL ACTION NO. 04-12238 JLT |

## ASSENTED TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE

The undersigned, local counsel for GSH Lodging, LLC ("Defendant"), a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Patrick C. Summers be permitted to appear as counsel for Defendant and practice in this Court *pro hac vice*.

As grounds therefore, local counsel states as follows:

1. Mr. Summers has a prior attorney/client relationship with Defendant.

2. As set forth in the attached Certificate, Mr. Summers meets the requirements for admission *pro hac vice* in this action.

3. Plaintiffs' counsel has assented to this motion.

WHEREFORE, GSH Lodging, LLC respectfully requests that an Order be entered permitting Patrick C. Summers to appear *pro hac vice* on behalf of GSH Lodging, LLC in this action.

| Assented to: | Respectfully submitted, |
|---|---|
| ACCESS 4 ALL, INC., and FELIX ESPOSITO, | GSH LODGING, LLC, |
| By their attorney, | By its attorneys, |
| | */s/ David Rosenthal* |
| O. Oliver Wragg, IV, Esq.<br>Fuller, Fuller & Associates, PA.<br>12000 Biscayne Blvd., Suite 609<br>North Miami, Florida 33181<br>Telephone: (305) 891-5199 | David S. Rosenthal (BBO# 429260)<br>NIXON PEABODY LLP<br>101 Federal Street<br>Boston, MA 02110-1832<br>(617) 345-1300 |

Dated: January 19, 2005

## LR 7.1 CERTIFICATION

I hereby certify that counsel for the parties have conferred in good faith and Plaintiffs' counsel has agreed to assent to this motion.

*/s/ David Rosenthal*
David S. Rosenthal

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party by first class mail on January 19, 2005.

*/s/ David Rosenthal*
David S. Rosenthal

BOS1451316.1