UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., A FLORIDA NOT
FOR PROFIT CORPORATION AND FELIX
ESPOSITO, INDIVIDUALLY,

PLAINTIFFS,

V.

GSH LODGING, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,

DEFENDANT.

CIVIL ACTION NO. 04-12238 JLT

## CERTIFICATE OF PATRICK C. SUMMERS

I, Patrick C. Summers, under oath do hereby attest as follows:

1. I make this certificate based upon personal knowledge and if called to testify could do so competently to the matters stated herein.

2. I am an associate attorney with the law firm of Mackall, Crounse & Moore, PLC, 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402-2859.

3. This certificate is respectfully submitted in support of the motion pursuant to Local Rule 83.5.3 seeking my admission to practice before the Court in the above-captioned case.

4. I am a member of the bar in good standing in the State of Minnesota admitted October, 1998, and am admitted to practice before the United States District Courts for the District of Minnesota and the Western and Eastern Districts of the Wisconsin.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of this Court.

7. This application, pursuant to Local Rule 83.5.3, is made so that I may appear on behalf of Defendant GSH Lodging, LLC, with whom I have a prior attorney-client relationship.

WHEREFORE, I respectfully request that this motion be granted and that I be admitted to practice before this Court *pro hac vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12th DAY OF January, 2005.

_____
Patrick C. Summers

Sworn to before me this 12th day of January, 2005.

_____
Notary Public

My Commission Expires:

DEBRA J. SCHUMACHER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

-2-

BOS1451336.1