F 1/20/05
UdC

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Access 4 All, Inc., a Florida not-for-profit    *
corporation, and Felix Esposito,    *
Individually,    *   CASE NO.: 1:04-cv-12238
   *
         Plaintiffs,    *
   *
v.    *
   *
GSH LODGING, LLC, a Delaware    *
Limited Liability Company,    *
   *
         Defendant.

_____/

## CERTIFICATE OF TIMOTHY J. GRANDE

I, Timothy J. Grande under oath do hereby attest as follows:

1. I make this certificate based upon personal knowledge and if called to testify could do so competently to the matters stated herein.

2. I am a member of the law firm of Mackall, Crounse & Moore, PLC, 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402-2859.

3. This certificate is respectfully submitted in support of the motion pursuant to Local Rule 83.5.3. seeking my admission to practice before the Court in the above-captioned case.

4. I am a member of the bar in good standing in the State of Minnesota having been admitted in said state to the practice of law on November 1, 1983 and am admitted to practice before the United States District Court for the District of Minnesota having been therein admitted on April 27, 1987 and before the United States Court of Appeals for the 8th Circuit having been therein admitted on May 9, 1995.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of this Court.

7. This application, pursuant to Local Rule 83.5.3, is made so that I may appear on behalf of Defendant GSH Lodging, LLC, with whom I have a prior attorney-client relationship.

WHEREFORE, I respectfully request that this motion be granted and that I be admitted to practice before this Court *pro hac vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12th DAY OF January, 2005.

_____
Timothy J. Grande

Sworn to before be this 12th day of January, 2005.



_____
Notary Public

My Commission Expires:

TJG/lbk#730594v1

ANDREW P. MORATZKA
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2009