UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation and Felix Esposito, individually,<br><br>        Plaintiffs,<br><br>Vs.<br><br>GSH LODGING, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | Civil Action No. 04-12238 (JLT) |

**DEFENDANT GSH LODGING, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3**

GSH Lodging, LLC is a privately held limited liability corporation. It is not a publicly held corporation. No publicly held corporation holds any interest in GSH Lodging, LLC.

NIXON PEABODY LLP

By _____
David S. Rosenthal (BBO# 429260)
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

MACKALL, CROUNSE & MOORE, PLC

By _____
Timothy J. Grande (#15040X)
Patrick C. Summers (#028841X)
Attorneys for Defendant
GSH Lodging, LLC
1400 AT&T Tower
Minneapolis, MN 55402
(612) 305-1400
Dated: February 7, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on February 7, 2005.

PCS/pcs#733074v1

BOS1445993.1