UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACCESS 4 ALL, INC. and<br>FELIX ESPOSITO,<br><br>        Plaintiffs,<br><br>v.<br><br>GSH LODGING, LLC,<br><br>        Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 04-12238-JLT |

ORDER

February 14, 2005

TAURO, J.

This court hereby orders that:

1. The Scheduling Conference is continued until March 16, 2005 at 2:30 p.m.;

2. Inspection of the hotel shall take place before March 16, 2005; and

3. Counsel shall report to this court regarding settlement at the abovementioned Scheduling Conference.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge