# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Massachusetts

Access 4 All, Inc., a Florida not for profit corporation, and
Felix Esposito, Individually
Plaintiff(s)

v

GSH Lodging, LLC, a Delaware limited liability company
Defendant(s)

Case No: 04 12238 JLT

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served GSH Lodging, LLC, a Delaware limited liability company

with the documents: Summons; and Complaint

Person Served: Sally Fulkerson, Managing Agent duly authorized to accept service

Service Address: Incorporating Services, Ltd., - 3500 South DuPont Highway, Dover, DE 19901

Date of Service: November 3, 2004          Time of Service: 3:22 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.
**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading            ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Description:** Age: 35   Sex: F   Race: W   Hgt: 5'7"   Wgt: 140   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

November 4, 2004    at    Wilmington,    Delaware
Date                       City           State

Apalonio Patten, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on November 4, 2004

**Witness My Hand and Official Seal To**

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008