UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Access 4 All, Inc., a Florida not-for-profit
corporation, and Felix Esposito, Individually,

    Plaintiff(s),

vs.

    CASE NO.: 1:04-cv-12238-JLT-RBC

GSH Lodging, LLC, a Delaware Limited
Liability Company,

    Defendant(s).
_____/

## NOTICE OF FILING OF PLAINTIFFS' LIST OF PERSONS IT WISHES TO DEPOSE

Plaintiffs, Access 4 All, Inc. and Felix Esposito, by and through their undersigned attorneys, hereby file this Plaintiffs' List of Persons It Wishes To Depose with the Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail on February 22, 2005 to: David S. Rosenthal, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131; Timothy J. Grande, Esq. and Patrick C. Summers, Esq., Mackall, Crounse & Moore, PLC, 1400 AT&T Tower, Minneapolis, MN 55402.

FULLER, FULLER & ASSOCIATES, P.A.
Attorney for Plaintiffs
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel.: (305) 891-5199
Tel.: (954) 463-6570 - Broward
Fax: (305) 893-9505

By:_____
John P. Fuller, Esq., *pro hac vice*
Florida Bar No. 267847