UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Access 4 All, Inc., a Florida not-for-profit corporation, and Felix Esposito, Individually, | * * |
| Plaintiffs, | * CASE NO.: 1:04-cv-12238 * * |
| v. | * * |
| GSH LODGING, LLC, a Delaware Limited Liability Company, | * * * |
| Defendant. | * |

## PLAINTIFFS' LIST OF PERSONS IT WISHES TO DEPOSE

Plaintiffs, Access 4 All, Inc. and Felix Esposito submit this disclosure of the person(s) it wishes to depose pursuant to the Discovery Order entered by the Court on January 28, 2005 in this matter.

1. Defendant's corporate representative with the most knowledge pertaining to the Defendant's compliance with the ADA and the financial affairs of the Defendant.

FULLER, FULLER AND ASSOC., P.A.

Date: 2/14/05

By: /s/ John P. Fuller
John P. Fuller, Esq., *pro hac vice*
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
(305) 891-5199