Law Offices
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1400
Facsimile: (612) 305-1414


www.mcmlaw.com

Patrick C. Summers
Attorney at Law
(612) 305-1473
pcs@mcmlaw.com

FILED
CLERKS OFFICE
2005 MAR 14 P 2: 31
U.S. DISTRICT COURT
DISTRICT OF MASS

March 9, 2005

**VIA FACSIMILE AND U.S. MAIL**

The Honorable Joseph L. Tauro
U.S. District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston MA 02210

    Re:    Felix Esposito v. GSH Lodging, LLC
            Court File No. 04-12238-JLT-RBC
            Our File No. 86874-27

Dear Judge Tauro:

    I am counsel for Defendant GSH Lodging in the above-referenced matter. Pursuant to the Order dated February 14, 2005 setting the Scheduling Conference in this matter for March 16, 2005, I am writing at this time to request the Court's permission to appear at this conference via telephone. Carrie Campion, an attorney at Nixon, Peabody, GSH's local counsel, will be present in person at the March 16 hearing. Counsel for Plaintiffs have indicated to me they have no objection to this request.

    Should you have any questions, feel free to contact me.

    Thank you for your consideration of this request.

                                      Very truly yours,

                                      MACKALL, CROUNSE & MOORE, PLC

                                      Patrick C. Summers

Cc:    Tracie L. Dickerson, Esq.
        David Yung, Esq.
        Timothy J. Grande, Esq.
        David Rosenthal, Esq.