UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>    Plaintiffs,<br><br>v.<br><br>GSH LODGING, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case Number: 1:04-12238-JLT-RBC |

## FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND REFERENCE TO U.S. MAGISTRATE JUDGE

THIS CAUSE came before the Court on the Stipulation For Approval and Entry of Consent Decree and Reference to U.S. Magistrate Judge, and the Court having reviewed the pleadings and papers filed in this cause, and being advised that the parties hereto seek the Court's approval and entry of the Consent Decree entered into by the parties, it is hereby

ORDERED AND ADJUDGED that:

1. This Court approves and enters the Consent Decree in the form annexed hereto, and for determination of the amount of attorneys' and expert fees, litigation expenses and costs. In that regard, and pursuant to the Consent Decree, this matter is referred to United States Magistrate for the sole purpose of determining the amount of attorneys' and expert's fees, litigation expenses, and costs to be awarded Plaintiffs' counsel and expert as set forth in the Consent Decree and for entry of final judgment thereon.

FINAL ORDER APPROVING AND ENTERING CONSENT DECREE　　　　　　　　　　　　　CASE NO. 1:04-12238-JLT-RBC
AND REFERENCE TO U.S. MAGISTRATE JUDGE　　　　　　　　　　　　　　　　　　　　　　　　PAGE 2

    2.      The above styled cause be and the same is hereby Dismissed with prejudice;

    3.      Any pending motions are hereby DENIED as moot and this case is closed

DONE AND ORDERED in Chambers, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge
John P. Fuller, Esq.
Patrick Summers, Esq.