UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GSH LODGING, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendant. | Case Number:1:04-12238-JLT |

## MOTION FOR EXTENSION OF TIME TO FILE VERIFIED APPLICATION FOR ATTORNEYS' FEES, COSTS AND EXPERT FEES

COME NOW, the Plaintiffs, through their counsel, file this motion for an extension of time to submit its Verified Application for Attorneys' Fees, Costs, and Expert Fees, showing as follows:

1. The Honorable Joseph L. Tauro signed the Final Order Approving and Entering Consent Decree and Reference to U.S. Magistrate Judge on August 10, 2005 [DE 20]. However, the signed Order was not entered into the PACER system or received by Plaintiffs until August 15, 2005. (*See* **Exhibit 1**)

2. Since Plaintiffs were not notified of the signed Order until August 15, 2005, Plaintiffs respectfully request an extension of time until September 5, 2005 to submit its Application for Fees, Costs, and Expert Fees.

3. Plaintiffs' counsel have discussed this matter with Defendant's counsel, who has no objection to requested extension.

WHEREFORE, Plaintiffs respectfully request that the Court extend until September 5,

2005, the deadline for Plaintiffs to submit its Application for Fees, Costs, and Expert Fees and to enter the Order submitted simultaneously.

Respectfully submitted,

Fuller, Fuller & Associates, P.A.
*Attorneys for Plaintiffs*
12000 Biscayne Boulevard, Ste 609
North Miami, Florida 33181
Tel: (305) 891-5199
Fax: (305) 893-9505

By: _____
John P. Fuller, Esq., Pro Hac Vice
FL Bar No. 0276847

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by facsimile on this 23rd day of August 2005 to:

Timothy J. Grande, Esq.
Patrick C. Summers, Esq.
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN, 55402-2859
Fax: (612) 305-1414

David S. Rosenthal, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110-1832
Fax: (866) 368-6633

_____
John P. Fuller, Esq., Pro Hac Vice