UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 AUG -8 P 1: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

ACCESS 4 ALL, INC., a Not-for-Profit
Corporation, and FELIX ESPOSITO,
Individually,

    Plaintiffs,

v.

GSH LODGING, LLC, a Delaware Limited
Liability Company,

    Defendant.

Case Number:1:04-12238-JLT-RBC

## FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND REFERENCE TO U.S. MAGISTRATE JUDGE

THIS CAUSE came before the Court on the Stipulation For Approval and Entry of Consent Decree and Reference to U.S. Magistrate Judge, and the Court having reviewed the pleadings and papers filed in this cause, and being advised that the parties hereto seek the Court's approval and entry of the Consent Decree entered into by the parties, it is hereby

ORDERED AND ADJUDGED that:

1.     This Court approves and enters the Consent Decree in the form annexed hereto, and for determination of the amount of attorneys' and expert fees, litigation expenses and costs. In that regard, and pursuant to the Consent Decree, this matter is referred to United States Magistrate for the sole purpose of determining as to the entitlement to and amount of attorneys' and expert's fees, litigation expenses, and costs to be awarded Plaintiffs' counsel and expert as set forth in the Consent Decree and for entry of final judgment thereon.



EXHIBIT

tabbies

1

FINAL ORDER APPROVING AND ENTERING CONSENT DECREE
AND REFERENCE TO U.S. MAGISTRATE JUDGE

CASE NO. 1:04-12238-JLT-RBC
PAGE 2

2.      The above styled cause be and the same is hereby Dismissed with prejudice;

3.      Any pending motions are hereby DENIED as moot and this case is closed

DONE AND ORDERED in Chambers, this _____ day of _____ August/2005.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge
John P. Fuller, Esq.
Patrick Summers, Esq.

## Larry Fuller

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, August 15, 2005 2:56 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-12238-JLT Access 4 All, Inc. et al v. GSH Lodging, LLC "Order"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Abaid, Kim entered on 8/15/2005 at 2:56 PM EDT and filed on 8/10/2005

**Case Name:**       Access 4 All, Inc. et al v. GSH Lodging, LLC
**Case Number:**   1:04-cv-12238
**Filer:**
**Document Number:** 20

**Docket Text:**
Judge Joseph L. Tauro : Final Order Approving and Entering Consent Decree and Reference to US Magistrate Judge. (Abaid, Kim)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/15/2005] [FileNumber=1088350-0
] [7cd82d2b6e61a633bb26ed1acf81a0b164a6ad4906f36ad6e12c18a61b0760d48c8
9de015c0132fd33d4c6b337c4a79e53c8af7fd7ccb4aeacad5b44f0e66320]]

**1:04-cv-12238 Notice will be electronically mailed to:**

Tracie L. Dickerson     tld@fullerfuller.com

David S. Rosenthal     drosenthal@nixonpeabody.com

O. Oliver Wragg , IV     ffa@fullerfuller.com

**1:04-cv-12238 Notice will not be electronically mailed to:**

John P. Fuller
12000 Biscayne Blvd,

Suite 609
N.Miami, FL 33181

Timothy J. Grande
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859

Patrick C. Summers
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859