UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Not-for-Profit
Corporation, and FELIX ESPOSITO,
Individually,

      Plaintiffs,

v.

GSH LODGING, LLC, a Delaware Limited
Liability Company,

      Defendant.

Case Number:1:04-cv-12238-JLT

## ORDER APPROVING AND ENTERING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE VERIFIED APPLICATION FOR ATTORNEYS' FEES, COSTS AND EXPERT FEES

THIS CAUSE came before the Court on the Plaintiffs' Motion for Extension of Time to File Verified Application for Attorneys' Fees, Costs and Expert Fees, and the Court having reviewed the papers filed in this cause, and being advised that the Plaintiffs hereto seek the Court's approval for an extension of time and that the Defendant does not object, it is hereby

ORDERED AND ADJUDGED that:

The deadline for the Plaintiffs to submit its Verified Application for Attorneys' Fees, Costs and Expert Fees be extended until September 5, 2005.

DONE AND ORDERED in Chambers, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge
John P. Fuller, Esq.
Timothy J. Grande, Esq.
Patrick C. Summers, Esq.
David S. Rosenthal, Esq.