UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>GSH LODGING, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case Number:1:04-cv-12238-JLT |

## FILING OF STIPULATION AGREEMENT FOR FEES AND COSTS AND NOTICE OF RESOLUTION OF CASE

COME NOW, the Plaintiffs, through their counsel, file this Stipulation Agreement for Fees and Costs (*attached as* Exhibit 1) and notify the Court that the fee dispute has been resolved.

Respectfully submitted,

Fuller, Fuller & Associates, P.A.
*Attorneys for Plaintiffs*
12000 Biscayne Boulevard, Ste 609
North Miami, Florida 33181
Tel: (305) 891-5199
Fax: (305) 893-9505

By: _____
John P. Fuller, Esq., Pro Hac Vice
FL Bar No. 0276847

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by facsimile on this __1__ day of September 2005 to:

Timothy J. Grande, Esq.
Patrick C. Summers, Esq.
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN, 55402-2859
Fax: (612) 305-1414

David S. Rosenthal, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110-1832
Fax: (866) 368-6633

_____
John P. Fuller, Esq., Pro Hac Vice