UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida
not-for-profit corporation, and
FELIX ESPOSITO, Individually,

    Case Number: 1:04-12238-JLT-RBC

    Plaintiffs,

v.

GSH LODGING, LLC, a Delaware
Limited Liability Company,

    Defendant.

## STIPULATION AGREEMENT FOR FEES AND COSTS

IT IS HEREBY stipulated and agreed as part of resolution of the above-referenced lawsuit that the defendant shall pay to *Fuller, Fuller & Associates, P.A.* the following: Legal fees, Expert fees, Costs, and Reinspection fees totaling the amount of $17,500.00. This is in full and final settlement of any legal fees, costs, expenses or other issues (outside of the matters set forth in the Consent Decree) which could be claimed by Plaintiffs in this matter.

The Defendant shall make payment to "Fuller, Fuller & Associates, P.A." and agrees that the funds will be sent to Fuller, Fuller & Associates, P.A. by *September 5, 2005*.

Agreed and stipulated to on the date(s) indicated below by and through their counsel of record, below:

Fuller, Fuller & Associates, P.A.

By: _____
John P. Fuller, Esq.
12000 Biscayne Boulevard, Ste 609
North Miami, Florida 33181

Date: 8/24/05

Mackall, Crounse & Moore, PLC

By: _____
Patrick C. Summers, Esq.
1400 AT&T Tower
Minneapolis, MN 55402

Date: 8/23/05

EXHIBIT 1